# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TSANG HAN WANG,<br><br>Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:16-cv-02616-APG-VCF<br><br>**ORDER GRANTING UNOPPOSED MOTION TO AMEND**<br><br>(ECF No. 11) |

IT IS ORDERED that plaintiff Tsang Han Wang's motion to amend complaint **(ECF No. 11) is GRANTED** as unopposed. LR 7-2(d).

IT IS FURTHER ORDERED that, pursuant to Local Rule LR 15-1(b), within 10 days of the date of this order plaintiff Tsang Han Wang shall file and serve the first amended complaint that is attached to his motion.

DATED this 1st day of March, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE