# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

TSANG HAN WANG,

        Plaintiff,

vs.

I.Q. DATA INTERNATIONAL, INC.,

        Defendants.

2:16-cv-02616-APG-VCF

**ORDER**

    The court is informed that the parties have reached a settlement (ECF No. 15).

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 14) is DENIED as MOOT.

    IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before May 19, 2017.

    DATED this 24th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE